JC

**FILED**

JUL 15 2025 JXM

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Jane Doe
12600 Hill Country Blvd
Ste R130 #4984
Bee Cave, TX 78738

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF INDIANA

| JANE DOE | 1:25-cv-08006 |
| --- | --- |
| PLAINTIFF(S) | Judge Thomas M. Durkin |
| V. | Magistrate Judge Keri L. Holleb Hotaling |
| JONATHAN REES | RANDOM/CAT. 5 |
| aka Greg Ellis | |
| aka Jonny Rees | AFFIDAVIT AND REQUEST FOR ISSUANCE |
| | OF WRIT OF EXECUTION |
| DEFENDENTS(S) | |

I, <u>Jane Doe</u> hereby state under penalty of perjury that,

1. Judgment for $ <u>1,000,404.99</u> was entered on <u>July 14, 2025</u> on the docket of the above-entitled action in the <u>Eastern District of Illinois</u> in favor of <u>Jane Doe</u> as Judgment Creditor, and against <u>Jonathan Rees, aka Greg Ellis, aka Jonny Rees</u> as Judgment Debtor.

   **If this is a Registered Judgment from another Court or District, include the following information.*** Said Judgment was registered herein under Title 28, U.S. Code, Section 1963, being a Judgment which was obtained in Civil Case Number <u>3:25cv133</u> in the United States District Court for the <u>Northern</u> District of <u>Indiana</u> and which has become FINAL.

2. I am the Judgment Creditor, or the attorney for said Judgment Creditor, and request issuance of a Writ of Execution on the Judgment.
3. ACCRUED since the entry of judgment in the <u>Eastern</u> District of <u>Indiana</u> are the following sums:
   a. <u>$10,498.50</u> accrued interest, computed at <u>3.99</u>%(See note.)
   b. <u>$0.00</u> accrued costs

Credit must be given for payments and partial satisfaction in the amount of $<u>0.00</u> which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered.

I declare under penalty of perjury that the foregoing is true and correct.

Executed <u>Travis County</u> State of <u>Texas</u>, this <u>13th</u> date of <u>July</u>, 2025.

_____
Signature

***Note:** Judgments registered under 28 U.S.C. §1963 bear the rate of interest of the district of origin and calculated as of the date of entry in that district.

AFFIDAVIT AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION

1