**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

JANE DOE,

                      Plaintiff,

    vs.

JONATHAN EES,

                     Defendant.

Case No. 1:25-CV-8006

## MOTION FOR WRIT OF EXECUTION

Plaintiff Jane Doe ("Plaintiff") by and through her undersigned counsel, hereby files this Motion for Writ of Execution, and in support states as follows:

1. Plaintiff commenced this action by filing a Registration of Foreign Judgment from the United States District Court for the Northern District of Indiana on July 15, 2025. (ECF No. 1.) On the same day, Plaintiff filed an Affidavit and Request for Issuance of Writ of Execution. (ECF No. 3.)

2. The Judgment entered by the Northern District of Indiana Court has not been appealed. Defendant, Jonathan Rees, however, filed a motion to set aside the default judgment, which the Northern District of Indiana denied on March 18, 2026. *See* **Exhibit 1**, Memorandum Opinion and Order issued by Indiana court.

3. On July 31, 2025, this Court entered a Minute Order, taking Plaintiff's request for issuance of writ of execution under advisement, noting that no writ will issue while the motion to set aside the judgment remained pending. As that motion is now denied, Plaintiff respectfully requests that this Court issue the writ of execution requested.

1

4.     Pursuant to 28 U.S.C. 1963, "a  judgment in an action for the recovery of money or property entered in any court of appeals, district court, bankruptcy court, or in the Court of International Trade may be registered by filing a certified copy of the judgment in any other district or, with respect to the Court of International Trade, in any judicial district, when the judgment has become final by appeal or expiration of the time for appeal or when ordered by the court that entered the judgment for good cause shown." Here, the time to appeal the underlying judgment has long expired, and the motion to vacate the default judgment is denied.  As such a writ of execution should be issued.

WHEREFORE, Plaintiff respectfully requests that this Court enter Plaintiff's requested writ of execution, and any other appropriate relief.

DATED: April 10, 2026

BLANK ROME LLP
s/ Amanda M. Noonan
Amanda M. Noonan
444 W. Lake Street, Suite 1650
Chicago, IL 60606
Tel.:   (312) 776-2537
Fax:   (312) 896-9181
Email: amanda.noonan@blankrome.com