**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| JANE DOE, | |
| Plaintiff, | |
| vs. | Case No. 1:25-CV-8006 |
| JONATHAN REES, | |
| Defendant. | |

**NOTICE OF WITHDRAWAL OF CITATIONS TO DISCOVER ASSETS
TO CHARLES SCHWAB REGARDING JONATHAN REES**

Plaintiff, Jane Doe ("Plaintiff"), by her attorneys Blank Rome LLP, hereby submits this Notice of Withdrawal of the Citation to Discover Assets issued to Charles Schwab relating to Judgment Debtor Jonathan Rees. ("Rees").  Plaintiff hereby requests that any freeze be released from Mr. Rees' accounts.

Dated: July 29, 2026

Respectfully Submitted,

*/s/ Amanda M. Noonan*
Amanda M. Noonan
BLANK ROME LLP
444 W. Lake Street, Ste. 1650
Chicago, IL  60606
Tel: (312) 776-2517
Fax: (312) 264-2425
amanda.noonan@blankrome.com
*Attorneys For Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2026, I caused a true and correct copy of the foregoing to be served by electronic filing.

/s/ *Amanda M. Noonan*
Amanda M. Noonan
BLANK ROME LLP
444 W. Lake Street, Suite 1650
Chicago, Illinois 60606
Phone: 312-776-2600
Fax: 312-776-2601
amanda.noonan@blankrome.com

Attorneys for Plaintiff

2